McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-92-0371 LKK |
| Plaintiff, | ) | **ORDER GRANTING THE GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE** |
| v. | ) | |
| ROBERT PRESTON NARRAMORE, | ) | |
| Defendant. | ) | |

Upon consideration of the Government's Motion for reduction of sentence as to defendant Robert Preston Narramore, the defendant having already served approximately fourteen years in prison on the charges to which he was convicted, and for the reasons stated in the Government's motion, it is hereby ORDERED, that the government's motion is GRANTED, and the defendant's prison sentence is amended to "time served." All the remaining provisions and conditions of the defendant's previous Judgment and Commitment in this case, filed April 26, 1993, shall remain in effect, and the defendant is reminded that he is obligated to report in person to the U.S. Probation Office located at 501 I Street, 2nd Floor, Sacramento, California, the next business day following his release from prison, to commence serving his term of supervised release. A certified copy of this Order shall be delivered to U.S. Bureau of Prisons Office in the Courthouse by the Clerk of the Court.

Dated: August 18, 2005

                                             /s/ Lawrence K. Karlton
                                            LAWRENCE K. KARLTON
                                            Senior, U.S. District Judge